JENNIFER MOORE et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Decided June 29, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

---

In the Matter of LEON NEWMAN et al., Appellants, et al., Petitioner, v ERIC R. DINALLO, Superintendent, Insurance Department of the State of New York, Respondent.

Submitted May 24, 2010; decided June 29, 2010

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 14 NY3d 708 (2010)].

---

PENGUIN GROUP (USA) INC., Appellant, v AMERICAN BUDDHA, Respondent.

Decided June 29, 2010

Certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.